**Exhibit A**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

FILED

2006 APR 11  A 11: 57

U.S. DISTRICT COURT
BRIDGEPORT, CONN

ANN-MARIE ADAMS,                          )
                                          )
                Plaintiff,                )    Civil Action No. 3:05 CV. 1482 (WWE)
                                          )
VS.                                       )    ~~MARCH~~ April 7, 2006
                                          )
RAINBOW CT HOLDINGS, INC.,                )
                                          )
                Defendant.                )

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned

counsel for Plaintiff Ann-MarieAdams ("Plaintiff") and Defendant Rainbow CT Holdings, Inc.

("Rainbow CT") that, pursuant to Federal Rule of Civil Procedure 41, the claims asserted by

Plaintiff against Rainbow CT are hereby dismissed with prejudice, without costs to any party as

against another.


WILLINGER, WILLINGER & BUCCI, P.C.          KELLEY DRYE & WARREN LLP



By : Thomas W. Bucci (ct07805)              By: Barbara E. Hoey (ct07470)
     855 Main Street                             Anjna R. Kapoor (phv0667)
     Bridgeport, CT 06604                        Kelley, Drye & Warren LLP
     Tel. No. (203) 366-3939                     101 Park Avenue
     Fax No. (203) 337-4588                      New York, New York 10178
Counsel for Plaintiff Ann-Marie Adams           Tel: (212) 808-7836
                                                Fax: (212) 808-7897

                                                James E. Nealon (ct08161)
                                                Two Stamford Plaza
                                                281 Tresser Boulevard
                                                Stamford, Connecticut 06901-3229
                                                (203) 324-1400
                                             Counsel for Defendant Rainbow CT
                                             Holdings, Inc.


SO ORDERED:


_____
U.S.D.J.